# Carlyle Parish LLC
## Lawyers

**Elizabeth Unger Carlyle**
6320 Brookside Plaza #516**\***
Kansas City, Missouri 64113
(816) 525-6540
e-mail: elizabeth@carlyleparishlaw.com
    Licensed in Missouri,
    Mississippi and Texas

**Kathryn B. Parish**
3407 Jefferson, #128**\***
Saint Louis, Missouri 63118
(314)392-0120
e-mail: kay@carlyleparishlaw.com
    Licensed in Missouri
    and Illinois

January 8, 2024

Ms. Maureen W. Gornik, Acting Clerk of Court
The United States Court of Appeals
For The Eighth Judicial Circuit
111 South 10th Street, Room 24.329
St. Louis, MO. 63102
***Via electronic filing***

    Re:    United States v. Kenneth Simpson
             Cause No.: 24-2575

Dear Ms. Gornik:

I received a call from a court clerk today requesting that I provide the Court with an update regarding Mr. Simpson's Motion to Proceed Pro Se. As this Court is already aware, on October 17, I filed a motion on Mr. Simpson's behalf requesting that the Motion to Proceed Pro Se be held in abeyance. I filed the abeyance motion at Mr. Simpson's request after sending him a letter and subsequently speaking with Mr. Simpson on that day. I have subsequently received a number of letters from him and spoken with him on the phone regarding issues in the case. However, when we have spoken, the discussion has focused on potential legal issues to be raised, and we have not further discussed Mr. Simpson's Motion To Proceed Pro Se.

I believe, based on our conversations and my correspondence with Mr. Simpson, that Mr. Simpson was aware that I intended to file a brief on his behalf, and that he was in agreement with this. I have now sent him a copy of the brief I submitted to this Court for review. However, I have not specifically discussed with him what his position is on his Motion to Proceed Pro Se since filing the brief and am not in a position to represent his position on this issue at this time.

I have advised my contact at the prison of my need to determine Mr. Simpson's position on an issue as soon as possible and requested that a phone call be scheduled, but as of the filing of this letter, have not received a response as to when that may be scheduled. Due to certain conditions of Mr. Simpson's incarceration, this is the only way I am aware of to facilitate communications with him aside from using mail services.

**\***By appointment only.

I am happy to keep the Court apprised once I am able to determine what Mr. Simpson's current position is on the issue of the Motion to Proceed Pro Se.

I appreciate the opportunity to serve Mr. Simpson and this Court through this appointment. Please let me know if anything further is needed from me.

                                        Respectfully,

                                        /s/ Kathryn B. Parish

\*By appointment only.