# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2575

United States of America

Appellee

v.

Kenneth Robert Simpson

Appellant

No: 24-2576

United States of America

Appellee

v.

Kenneth Robert Simpson

Appellant

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:10-cr-00169-HEA-1)
(4:23-cr-00297-HEA-1)

___

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until April 21, 2025 to file the brief.

March 20, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler